**FILED**

**JAN 2 2 2004**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

HARVEY WRIGHT
Plaintiff

v.

M. A. Paskuly #3207
D. Morgan #7174
Defendant(s)
ET. AL

**04C 0516**

CASE NUMBER _____

JUDGE **JUDGE NORGLE**

MAGISTRATE JUDGE DENLOW

DOCKETED
JAN 23 2004

*Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **HARVEY WRIGHT**, declare that I am the ☒plaintiff □petitioner □movant (other **N.A.**) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   □No   (If "No," go to Question 2)
   I.D. # **200300025183**   Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution? □Yes ☒No   Monthly amount: _____

2. Are you currently employed?   □Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: **April 2003**
      Monthly salary or wages: **Volunteer**
      Name and address of last employer: **Chicago Christian Industrial lead**

   b. Are you married?   □Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                       □Yes   ☒No
      Amount **N.A.**   Received by **N.A.**

b. ☐ Business, ☐ profession or ☐ other self-employment      ☐ Yes      ☒ No
Amount____N/A____Received by____N/A____

c. ☐ Rent payments, ☐ interest or ☐ dividends      ☐ Yes      ☒ No
Amount____N/A____Received by____N/A____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
     ☐ Yes      ☒ No
Amount____N/A____Received by____N/A____

e. ☐ Gifts or ☐ inheritances      ☐ Yes      ☒ No
Amount____N/A____Received by____N/A____

f. ☐ Any other sources (state source:_____)      ☐ Yes      ☒ No
Amount____N/A____Received by____N/A____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount: N/A
In whose name held: N/A Relationship to you: N/A

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: N/A Current Value: N/A
In whose name held: N/A Relationship to you: N/A

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property: N/A
Type of property: N/A Current value: N/A
In whose name held: N/A Relationship to you: N/A
Amount of monthly mortgage or loan payments: N/A
Name of person making payments: N/A

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
     ☐ Yes      ☒ No
Property: N/A
Current value: N/A
In whose name held: N/A Relationship to you: N/A

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-7-2003

_Harvey Wright_
Signature of Applicant

HARVEY WRIGHT
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, HARVEY WRIGHT, I.D.# 20030025183, has the sum of $.50¢ on account to his/her credit at (name of institution) CCDOC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $420.00.
(Add all deposits from all sources and then divide by number of months).

10/24/03
DATE

_Soc Workman_
SIGNATURE OF AUTHORIZED OFFICER

Soc. Worker DEAN
(Print name)

rev. 7/18/02

# Resident Funds Inquery

Current User Name: 232216 Logout

ResId: 20030025183  Submit

Resident Id: 20030025183
Resident Name: WRIGHT, HARVEY
Date of Birth: 1957-05-13
Location: 11B - BA - UX

Account Activity:

| Date | Transaction Type | Transaction Description | Amount | Available | Held | Total | Reference Date |
|---|---|---|---|---|---|---|---|
| 10/1/2003 | EPR | OID:100262485-ComisaryPurch-Reg | -3.52 | -24.50 | 25.00 | 0.50 | |
| 9/17/2003 | EPR | OID:100249109-ComisaryPurch-Reg | -21.28 | -20.98 | 25.00 | 4.02 | |
| 9/12/2003 | DEPMO | 258830 | 25.00 | 0.30 | 25.00 | 25.30 | 9/26/2003 |
| 7/16/2003 | EPR | OID:100189873-ComisaryPurch-Reg | -5.15 | 0.30 | 0.00 | 0.30 | |
| 7/3/2003 | - | 147611 | 20.00 | 5.45 | 0.00 | 5.45 | 6/3/2003 |
| 7/3/2003 | - | 2020060380 | 25.00 | -14.55 | 20.00 | 5.45 | 6/3/2003 |
| 6/18/2003 | EPR | OID:100165519-ComisaryPurch-Reg | -3.70 | -39.55 | 45.00 | 5.45 | |
| 6/11/2003 | EPR | OID:100159155-ComisaryPurch-Reg | -16.13 | -35.85 | 45.00 | 9.15 | |
| 6/4/2003 | EPR | OID:100152099-ComisaryPurch-Reg | -19.72 | -19.72 | 45.00 | 25.28 | |
| 6/3/2003 | DEPMO | 2020060380 | 25.00 | 0.00 | 45.00 | 45.00 | 7/3/2003 |
| 6/3/2003 | DEPMO | 147611 | 20.00 | 0.00 | 20.00 | 20.00 | 7/3/2003 |

