IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARVEY WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04-cv-516 |
| v. ) | |
| ) | Honorable Charles Norgle |
| CITY OF CHICAGO POLICE OFFICER ) | |
| DAVID KUPCZYK, *et al.* ) | Magistrate Judge Denlow |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY**

  Plaintiff, Harvey Wright, by his attorneys, Jenner & Block LLP, moves this Court to grant a stay of all proceedings in this matter pending final adjudication of state criminal proceedings, including any relevant state collateral review proceedings, as described in Plaintiff's Response to Defendants' Joint Motion to Dismiss, filed with this Court on September 9, 2005.  Counsel for Defendants in this matter have informed counsel for Plaintiff that Defendants do not oppose this motion requesting a stay of federal court proceedings.

  WHEREFORE, Plaintiff respectfully requests that this Court enter a stay of all further federal court proceedings until final adjudication of the judgment of conviction against Plaintiff in the Illinois court.

                 Respectfully submitted,

                 HARVEY WRIGHT

                 By: /s/ Gabrielle Sigel
                    One of his attorneys

Gabrielle Sigel # 6186108
Donald S. Boyce, Jr. #6282562
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

Dated: September 15, 2005

1309577