Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 516 | **DATE** | 1/20/2006 |
| **CASE TITLE** | Wright vs. Kupczyk, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion to Withdraw their Motion to Dismiss with Leave to File at a Later Date [35] is granted. The Clerk shall withdraw Defendants' Motion to Dismiss [24] from the case docket. Plaintiff's Unopposed Motion for Stay [32] is granted.

*[signature: Charles R. Norgle]*

■[ For further details see text below.]    Docketing to mail notices.

---

**STATEMENT**

By agreement of the parties, this case is stayed until the final adjudication of Plaintiff's underlying criminal case in the Illinois state court system. Defendants' Motion to Dismiss [24] is withdrawn pursuant to their request, and Defendants may refile this Motion on some date after the stay has been lifted.

Courtroom Deputy Initials: